```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
SANDRA WILLIAMS,
                Plaintiff,                    ANSWER
                                              17-cv-3812
        -against-
ARCADIA RECOVERY BUREAU,
                Defendant.
----------------------------------x
```

Defendant, ARCADIA RECOVERY BUREAU, by its attorney, BARRON & NEWBURGER, P.C. answers plaintiff's complaint as follows:

1. Defendant acknowledges being sued pursuant to the Fair Debt Collection Practices Act (FDCPA), but denies any violation thereof.

2. Defendant admits the allegations contained in paragraph "2" of the complaint.

3. Defendant admits the allegations contained in paragraph "3" of the complaint.

4. Defendant admits the allegations contained in paragraph "4" of the complaint.

5. Defendant admits the allegations contained in paragraph "5" of the complaint.

6. Defendant denies each and every allegation contained in paragraph "6" of the complaint.

7. Defendant repeats and realleges its previous admissions and denials contained in paragraphs "1" through "6" of the complaint.

8. Defendant admits attempting to collect a debt form the plaintiff, but otherwise denies the allegations contained in paragraph "8" of the complaint.

9. Defendant admits attempting to contact the plaintiff, but otherwise denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "9" of the complaint.

10. Defendant admits attempting to contact the plaintiff, but otherwise denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "10" of the complaint.

11. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "4" of the complaint.

12. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "4" of the complaint.

13. Defendant repeats and realleges its previous admissions and denials contained in paragraphs "1" through "12" of the complaint.

14. This paragraph contains no factual allegations directed against the defendant and requires no admissions or denials.

15. Defendant denies each and every allegation contained in paragraph "15" of the complaint.

16. Defendant denies each and every allegation contained in paragraph "16" of the complaint.

WHEREFORE, defendant respectfully requests that plaintiff's complaint be dismissed.

Dated: New City, NY
July 3, 2017

_____
ARTHUR SANDERS
BARRON & NEWBURGER, P.C.
Attorney for defendant
30 South Main Street
New City, NY  10956
845-499-2990

TO:
EDWARD B. GELLER, ESQ., P.C.
Attorney for plaintiff
15 LANDING WAY
BRONX, NY 10464